UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

HENRY WILLIAMS #820353,

    Plaintiff,

v.

    Case No. 2:22-cv-19

    HONORABLE PAUL L. MALONEY

UNKNOWN THORRINGTON, et al.,

    Defendants.

_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated: November 27, 2023
    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge